IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:10cv49HSO-RHW |
| | § | 1:08cr91HSO-RHW |
| | § | |
| SEABRON M. MILLENDER | § | |

## JUDGMENT

This matter came on to be heard on Defendant, Seabron Mackundra Millender's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed February 12, 2010, pursuant to Title 28, United States Code, Section 2255.  The Court, after a full review and consideration of Millender's Motion, Government's Response, Millender's Reply, the pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Seabron Mackundra Millender's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 should be and hereby is **GRANTED IN PART.**   Millender is permitted to file an out-of-time appeal in this matter.  The remainder of Millender's Motion is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of December, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE